KEN M. MARKOWITZ (SBN 104674)
KIMBERLY I. MCINTYRE (SBN 184648)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA  94111
Telephone:	(415) 397-3100
Facsimile:	(415) 397-3170

Attorneys for Defendant
FLIGHT OPTIONS, LLC

*E-FILED - 9/11/09*

UNITED STATES DISTRICT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| ANITA MCCULLOUGH,<br><br>    Plaintiff,<br><br>v.<br><br>FLIGHT OPTIONS, LLC and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO.  C09-00488 RMW<br><br>**STIPULATION AND []<br>ORDER TO CONTINUE EARLY<br>NEUTRAL EVALUATION DEADLINE**<br>**[Civil L.R. 7-12; ADR L.R. 5-5]** |

This Stipulation is entered into between plaintiff Anita McCullough, by and through her counsel of record, Law Offices of Robert D. Ponce, and defendant Flight Options, LLC, by and through its counsel of record, Kenney & Markowitz L.L.P.  The Parties stipulate as follows:

1.	Prior to the Initial Case Management Conference on June 12, 2009, the parties agreed to Early Neutral Evaluation ("ENE") as their choice of Alternative Dispute Resolution pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

2.	On June 17, 2009, the Court referred this action to ENE and assigned neutral, Sadhana Narayan, on July 2, 2009.  The Court ordered that the ENE be completed on or before September 15, 2009.

3.	On July 30, 2009, Court-appointed neutral, Sadhana Narayan, initiated a telephone

conference with the parties to schedule the ENE.  The ENE was scheduled for September 15, 2009, which is the current deadline for completing same.

4. Robert Sullivan, Flight Options' Director of Human Resources, is the company representative required to attend the ENE on behalf of Flight Options.  At the time the ENE was scheduled for September 15, 2009, Mr. Sullivan was available to attend.

5. On August 25, 2009, counsel for Flight Options received a telephone call from Mr. Sullivan advising that he had just been ordered by a federal arbitrator to personally appear in Washington, D.C. for the entire week of September 14th for the final round of negotiations over a Collective Bargaining Agreement with the Teamsters Union.  Mr. Sullivan further advised that this is the culmination of three years of ongoing negotiations, and his appearance in Washington, D.C. can neither be avoided nor delegated.  Mr. Sullivan stated that he would no longer be able to attend the ENE on September 15, 2009, and he asked that a brief continuance to the following week be obtained to ensure his presence.  Mr. Sullivan explained that he is the proper Flight Options' representative to attend the ENE, and he indicated that his personal appearance at the ENE is necessary and cannot be delegated to another company representative.

6. Subsequent to receiving Mr. Sullivan's telephone call, counsel for Flight Options immediately emailed both the Court-appointed neutral, Sadhana Narayan, and plaintiff's counsel, Robert Ponce, to explain the conflict that had just arisen and inquire whether they would be amenable to the continuing the ENE session and ADR completion deadline to the following week to accommodate Mr. Sullivan's sudden unavailability.

7. On August 27, 2009, the Court-appointed neutral, Sadhana Narayan, advised that she is willing to sign a stipulation and has no objection to resetting the ENE Session to September 22 or 24, 2009, subject to Court approval.

8. On August 27, 2009, plaintiff's counsel, Mr. Ponce, indicated that he and his client have no objection to continuing the ADR completion deadline and are available to participate in an ENE Session on September 22, 2009.

9. Accordingly, the parties hereby stipulate and respectfully request that the Court vacate the current ADR completion deadline of September 15, 2009 and continue the ADR

Kenney
&
Markowitz
L.L.P.

completion date by an additional 7 days, to September 22, 2009, and the Court-appointed neutral, Sadhana Narayan, hereby consents to this request.

                                        Respectfully submitted,

DATED:  August 27, 2009          **KENNEY & MARKOWITZ L.L.P**

By:    /s/ Kimberly I. McIntyre
       KEN M. MARKOWITZ
       KIMBERLY I. MCINTYRE
       Attorneys for Defendant
       FLIGHT OPTIONS, LLC.

DATED:  August 28, 2009          **LAW OFFICES OF ROBERT D. PONCE**

By:    /s/ Robert D. Ponce
       ROBERT D. PONCE
       Attorney for Plaintiff
       ANITA MCCULLOUGH

DATED:  August 28, 2009          **THE NARAYAN LAW FIRM**

By:    /s/ Sadhana Narayan
       SADHANA NARAYAN
       Court-Appointed Neutral Evaluator

## [] ORDER

Pursuant to the parties' stipulation, and the agreement of the Court-appointed neutral evaluator, the Alternative Dispute Resolution completion deadline of September 15, 2009 is vacated. The parties are to complete Early Neutral Evaluation on or before September 22, 2009.

IT IS SO ORDERED.

DATED:  9/11/09

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

*McCullough v. Flight Options, LLC*
U.S.D.C., Northern District - San Jose Division # C09-00488 RMW

**PROOF OF SERVICE**
[C.C.P.§2008, F.R.C.P. Rule 5]

I, the undersigned, state:

I am a citizen of the United States. My business address is 255 California Street, Suite 1300, San Francisco, California 94111. I am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as follows:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION DEADLINE [CIVIL L.R. 7-12; ADR L.R. 5-5]**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Robert D. Ponce | Sadhana Narayan |
| LAW OFFICES OF ROBERT D. PONCE | THE NARAYAN LAW FIRM |
| 787 Munras Avenue, Ste. 200 | 2040 Pioneer Ct., 2nd Floor |
| Monterey, CA 93940 | San Mateo, CA 94403 |
| **(VIA E-SERVICE)** | **(VIA FACSIMILE AND MAIL)** |

Clerk of the ADR Unit
U.S.D.C., Northern District
San Jose Division
280 South 1st Street
San Jose, CA 95113
**(VIA FEDEX)**

[ ]   BY FIRST CLASS MAIL – I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

[ ]   BY PERSONAL SERVICE – Following ordinary business practices, I caused to be served, by hand delivery, such envelope(s) by hand this date to the offices of the addressee(s).

[ ]   BY OVERNIGHT MAIL – I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

[ ]   BY FACSIMILE – I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

**[X]   As indicated above.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date in San Francisco, California.

Dated: August 28, 2009

/s/ Janie Crowley
JANIE CROWLEY

{30751.302113 0137047.DOC}