| | |
|---|---|
| 1 | ROBERT D. PONCE (State Bar No.: 108069) |
| | LAW OFFICES OF ROBERT D. PONCE |
| 2 | 787 Munras Avenue, Suite 200 |
| | Monterey, CA 93940 |
| 3 | Telephone: (831) 649-0515 |
| | Facsimile: (831) 649-3397 |
| 4 | E-Mail: rponce@redshift.com |
| 5 | Attorney for Plaintiff, ANITA McCULLOUGH |

*E-FILED - 2/12/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA McCULLOUGH, | CIVIL ACTION |
| | CASE NO.: 09-00488 RMW |
| Plaintiff, | |
| v. | STIPULATION AND [ ]xxxxxxxxxx |
| | ORDER TO CONTINUE HEARING |
| FLIGHT OPTIONS, LLC | [Civil L.R. 6-2] |
| and DOES 1 through 50, inclusive, | |
| | Judge: Hon. Ronald M. Whyte |
| Defendants. | |

Counsel for plaintiff Anita McCullough and defendant Flight Options, LLC submit this stipulation pursuant to Civil Local Rule 6-2.

Plaintiff's counsel's motion to withdraw as attorney in the above-captioned case is set for hearing on February 26, 2010 at 9:00 AM, before the Honorable Ronald M. Whyte. There are no further pleadings due to be filed with the Court prior to the hearing on said motion.

Counsel for Anita McCullough and Flight Options, LLC have agreed to continue the hearing date one week to March ~~x~~ 12 2010 at 9:00 A.M. due to an irreconcilable calendar conflict of plaintiff's counsel.

IT IS HEREBY STIPULATED BETWEEN THE PARTIES as follows:

1. The hearing on plaintiff's motion to withdraw as attorney shall be continued from February 26, 2010 to March ~~x~~ 12 2010 at 9:00 A.M.

2. No further pleadings are due to be filed prior to the hearing on the motion.

Dated: February 11, 2010      LAW OFFICES OF ROBERT D. PONCE

By: _____
ROBERT D. PONCE
Attorney for Plaintiff, Anita McCullough

Dated: February 11, 2010      KENNEY & MARKOWITZ, LLP

By: _____
Kim McIntyre
Attorney for Defendant, Flight Options, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/12/10

_____
The Honorable Ronald M. Whyte
United States District Judge