1  ROBERT D. PONCE (State Bar No.: 108069)
   LAW OFFICES OF ROBERT D. PONCE
2  787 Munras Avenue, Suite 200
   Monterey, CA 93940
3  Telephone: (831) 649-0515
   Facsimile: (831) 649-3397
4  E-Mail: rponce@redshift.com

5  Attorney for Plaintiff, ANITA McCULLOUGH

**E-FILED - 2/12/10**

6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         SAN JOSE DIVISION

11 | ANITA McCULLOUGH,                    ) | CIVIL ACTION
   |                                      ) | CASE NO.:         09-00488 RMW
12 |                                      ) |
   |           Plaintiff,                 ) |
13 |                                      ) | **STIPULATION AND [ ]XXXXXXXXXX|**
   | v.                                   ) | **ORDER TO CONTINUE HEARING**
14 |                                      ) | **[Civil L.R. 6-2]**
   | FLIGHT OPTIONS, LLC                  ) |
15 | and DOES 1 through 50, inclusive,    ) |
   |                                      ) | Judge: Hon. Ronald M. Whyte
16 |           Defendants.                ) |
   |_____) |

17

18     Counsel for plaintiff Anita McCullough and defendant Flight Options, LLC submit this
19 stipulation pursuant to Civil Local Rule 6-2.
20     Plaintiff's counsel's motion to withdraw as attorney in the above-captioned case is set for
21 hearing on February 26, 2010 at 9:00 AM, before the Honorable Ronald M. Whyte. There are
22 no further pleadings due to be filed with the Court prior to the hearing on said motion.
23     Counsel for Anita McCullough and Flight Options, LLC have agreed to continue the
24 hearing date one week to March $\frac{12}{x}$ 2010 at 9:00 A.M. due to an irreconcilable calendar conflict
25 of plaintiff's counsel.
26     IT IS HEREBY STIPULATED BETWEEN THE PARTIES as follows:
27     1.  The hearing on plaintiff's motion to withdraw as attorney shall be continued from
28 February 26, 2010 to March $\overset{12}{x}$ 2010 at 9:00 A.M.

---
STIPULATION AND [ XXXXXXXX RDER TO CONTINUE HEARING
McCullough v. Flight Options, et al. - Case No.: C09-00488 RMW

2. No further pleadings are due to be filed prior to the hearing on the motion.

Dated: February 11, 2010

LAW OFFICES OF ROBERT D. PONCE

By: _____
ROBERT D. PONCE
Attorney for Plaintiff, Anita McCullough

Dated: February 11, 2010

KENNEY & MARKOWITZ, LLP

By: _____
Kim McIntyre
Attorney for Defendant, Flight Options, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/12/10

_____
The Honorable Ronald M. Whyte
United States District Judge