**E-FILED on**   6/11/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA MCCULLOUGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FLIGHT OPTIONS, LLC,<br><br>　　　　　Defendant. | No. C-09-00488 RMW<br><br>ORDER REGARDING PROPOSED RELEASE<br><br>**[Re Docket No. 50]** |

　　The court has received the proposed release filed by defendant. The court will not take any action on the motion to enforce settlement unless the parties are unable to reach agreement on a revised release. Defendant is to confer with plaintiff as to satisfactory wording on the release within 10 days of this order. If plaintiff is unwilling to sign the revised release, she is to advise the court in writing, within 10 days thereafter, as to what she feels is contained in the proposed release that is different from what she agreed to at the hearing on June 4, 2010.

DATED:　　6/11/10

　　　　　　　　　　　　　　　　　　　　　　　　Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER REGARDING PROPOSED RELEASE—No. C-09-00488 RMW
CCL