**E-FILED on** __6/21/10__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA MCCULLOUGH,<br><br>    Plaintiff,<br><br>    v.<br><br>FLIGHT OPTIONS, LLC,<br><br>    Defendant. | No. C-09-00488 RMW<br><br>ORDER EXTENDING TIME TO CONFER REGARDING PROPOSED RELEASE<br><br>**[Re Docket No. 54]** |

    On June 11, 2010, the court issued an order requiring the parties to confer as to satisfactory wording on the revised release by June 21, 2010. The court has received a letter from plaintiff requesting additional time to find counsel to review the language in the revised release as well as defendant's opposition to this request. Plaintiff has represented that she seeks legal counsel from an employment lawyer who is on vacation until June 21, 2010 and that other attorneys referred by the Lawyer Referral Service are unable to help her before June 21, 2010. The court therefore grants her request for an extension of time. The parties are to confer as to satisfactory wording on the release no later than July 2, 2010. If plaintiff is unwilling to sign the revised release, she is to advise the court in writing, within 10 days thereafter, as to what she feels is contained in the proposed release

ORDER EXTENDING TIME TO CONFER REGARDING PROPOSED RELEASE—No. C-09-00488 RMW
CCL

that is different from what she agreed to at the hearing on June 4, 2010. No further extensions of time will be granted.

DATED:      6/21/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge