**E-FILED on**   8/10/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANITA MCCULLOUGH,<br><br>      Plaintiff,<br><br>      v.<br><br>FLIGHT OPTIONS, LLC,<br><br>      Defendant. | No. C-09-00488 RMW<br><br>ORDER DISMISSING CASE<br><br>**[Re Docket Nos. 63, 64]** |

At the hearing on June 4, 2010, plaintiff Anita McCullough and defendant Flight Options, LLC ("Flight Options") agreed to settlement terms. On July 19, 2010, the court enforced the settlement agreement. Flight Options has notified the court that it has received a signed release agreement from McCullough and has delivered settlement checks to McCullough and to her former attorney to satisfy the lien for attorney's fees filed in this case. The court therefore dismisses this case with prejudice.

DATED:    8/10/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—No. C-09-00488 RMW
CCL